

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA**

vs.

**JUDGMENT IN A CRIMINAL CASE**

Case Number: 7:05-PO-10 (GHL)

**SARAH M. CLARK**

_____Waived_____
Attorney for Defendant

*U.S. DISTRICT COURT - N.D. OF N.Y.*
*FILED*
*JUN 23 2005*
*AT____ O'CLOCK____*
*Lawrence K. Baerman, Clerk - Syracuse*

**THE DEFENDANT ENTERED A PLEA OF:**

XX guilty __ nolo contendere] as to count(s)__1____

**THERE WAS A:**
__ finding __ verdict] of guilty as to count(s)_____.

**THE DEFENDANT IS CONVICTED OF THE OFFENSE(S) OF:** Re-entering a military installation after having been ordered not to re-enter, in violation of Title 18, United States Code, Section 1382.

**DATE OFFENSE CONCLUDED: April 30, 2005**

**IT IS THE JUDGMENT OF THIS COURT THAT:** Defendant is ordered to pay a fine of $495.00 and a $5.00 special assessment for a total of $500.00, payable by August 8, 2005. Payments shall be made to the Clerk, U.S. District Court, at 100 S. Clinton Street, Syracuse, NY 13261. Until all fines, restitution, special assessments and costs are fully paid, defendant shall immediately notify the United States Attorney for this district of any change in name or address. Defendant is further placed on unsupervised probation for six months and shall complete an alcohol treatment program during that time, which is to be designated by the Special Assistant U.S. Attorney at Fort Drum.

**IT IS FURTHER ORDERED** that the Clerk of the Court deliver a certified copy of this judgment to the United States Marshal of this district.

_____June 8, 2005_____
Date of Imposition of Sentence

_____June 23, 2005_____
DATE SIGNED

_____[signature]_____
GEORGE H. LOWE
U.S. Magistrate Judge